

# Empire Justice Center
Making the law work for all New Yorkers

Albany ◆ Rochester ◆ White Plains ◆ Long Island

Writer's Direct Dial Telephone Number: (585) 295-5630

January 21, 2015

Via Facsimile (585) 613-4075 and
First Class Mail

Hon. Jonathan W. Feldman
United States Magistrate Judge
2330 United States Courthouse
100 State Street
Rochester, New York 14614



RECEIVED
JAN 21 2015
Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

Re: Jean et al v. Flower City Monitors, Inc.
et al. No. 12 CV 06198(F) (W.D.N.Y.)

Dear Judge Feldman:

I represent the plaintiffs in this action. Plaintiffs' Motion for Attorneys Fees (Docket Item No. 66) was pending when the court stayed this action on July 8, 2014 due to Defendant Paige's bankruptcy filing. I understand Ms. Paige's bankruptcy case is now closed, and under these circumstances, plaintiffs respectfully withdraw their pending motion.

Thank you for your consideration.

Sincerely,

Peter O'Brian Dellinger
Attorney at Law

REQUEST GRANTED. DOCKET #66
IS DEEMED WITHDRAWN.

SO ORDERED

[signature] 1/21/15
Jonathan W. Feldman
United States Magistrate Judge

cc: Lenora Paige
P.O. Box 16131
Rochester, New York 14616

Telesca Center for Justice
One West Main Street, Suite 200, Rochester, NY 14614
Phone 585.454.4060 ◆ Fax 585.454.2518
www.empirejustice.org